

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00610-CR

Lorraine **CORONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 721051
Honorable Melanie Lira, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's final judgment is AFFIRMED.

SIGNED December 23, 2025.

_____
Irene Rios, Justice